# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**Barbara Brown**
        Plaintiff

     vs.                                **CASE NUMBER: 3:18-cv-878 (ATB)**

**Andrew M. Saul, Commissioner of Social Security**
        Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner as to the period between December 13, 2012, and June 5, 2017, is **REVERSED** and this case **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for a proper evaluation of the opinions of the treating physicians and other medical and non-medical evidence, Plaintiff's RFC, and whether and when she became disabled during that time period, and other further proceedings, consistent with this Report.

All of the above pursuant to the order of the Honorable **Andrew T. Baxter**, dated this 28th day of October, 2019.

DATED: October 28, 2019

_(signature)_
Clerk of Court

s/ _Patsy Harvey_
Patsy Harvey
Deputy Clerk